IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SPRATT HOWARD,

   Plaintiff,

    v.

MONTY MOHR, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-2347-TWT

<u>ORDER</u>

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending denying the Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 2] and dismissing the action without prejudice pursuant to 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 2] is DENIED. This action is DISMISSED.

SO ORDERED, this 14 day of August, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Howard\r&r.wpd